E-Filing

1  JOHN H. HEMANN, State Bar No. 165823
   LISA TENORIO-KUTZKEY, State Bar No. 205955
2  JESSICA L. SCHEPPMANN, State Bar No. 239526
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:   415.442.1000
   Fax:   415.442.1001
5
   Attorneys for Defendant
6  KITTY YEE LI

FILED

NOV 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No.: CR 06-0426 |
|---|---|
| Plaintiff, | |
| vs. | |
| VINCE MING WAN, ALEX WAI SHING FONG, PHUNG VAN NGUYEN, KITTY YEE LI, JAY YUAN, MICHAEL YUK LAM LEUNG, and EDWIN GORDON TOY, | JOINT STIPULATION & [PROPOSED] ORDER TO POSTPONE BAIL HEARING |
| Defendants. | |

WHEREAS, the United States Attorney's Office for the Northern District of California indicted defendant Kitty Yee Li (collectively "Parties") on June 15, 2006;

WHEREAS, the Parties were originally scheduled to appear before the Honorable Magistrate Judge James Larson on November 9, 2006 at 11:00 for a bail hearing; and

WHEREAS, the Parties agreed on November 7, 2006 to postpone the bail hearing before the Honorable Magistrate Judge James Larson until December 14, 2006 at 11:00 a.m.;

///

///

1-SF/7433478.1                               1

STIPULATION & [PROPOSED] ORDER TO POSTPONE BAIL HEARING

THEREFORE and the Parties STIPULATE to CONTINUE the bail hearing date for Kitty Yee Li until December 14, 2006 at 11:00 a.m.

IT IS SO STIPULATED:

Dated: November 20, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
John H. Hemann
Lisa Tenorio-Kutzkey
Attorneys for Defendant
Kitty Yee Li

Dated: November 12, 2006

U.S. ATTORNEY'S OFFICE

By _____
Andrew M. Scoble
Attorneys for Plaintiff
United States of America

**IT IS SO ORDERED.** Hearing continued to Dec 14, 2006 at 10 am

Dated: November __, 2006

_____
Chief Magistrate Judge James Larson

1-SF/7433478.1

2