JOHN H. HEMANN, State Bar No. 165823
LISA TENORIO-KUTZKEY, State Bar No. 205955
JESSICA L. SCHEPPMANN, State Bar No. 239526
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:  415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
KITTY YEE LI

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No.: CR 06-0426 |
|---|---|
| Plaintiff, | |
| vs. | |
| VINCE MING WAN, ALEX WAI SHING FONG, PHUNG VAN NGUYEN, KITTY YEE LI, JAY YUAN, MICHAEL YUK LAM LEUNG, and EDWIN GORDON TOY, | JOINT STIPULATION & [PROPOSED] ORDER TO POSTPONE BAIL HEARING |
| Defendants. | |

WHEREAS, a federal grand jury indicted defendant Kitty Yee Li on June 15, 2006;

WHEREAS, the United States Attorney's Office for the Northern District of California and Kitty Yee Li (collectively, "the Parties") were originally scheduled to appear before the Honorable Magistrate Judge James Larson on December 14, 2006 at 11:00 a.m. for a bail hearing; and

WHEREAS, the Parties agreed on December 12, 2006 to postpone the bail hearing before the Honorable Chief Magistrate Judge James Larson until January 29, 2007 at 9:30 a.m.;

\\\

\\\

1-SF/7445200.1

1

THEREFORE and the Parties STIPULATE to CONTINUE the bail hearing date for Kitty Yee Li until January 29, 2007 at 9:30 a.m.

IT IS SO STIPULATED:

Dated: December 13, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
John H. Hemann
Lisa Tenorio-Kutzkey
Attorneys for Defendant
Kitty Yee Li

Dated: December 13, 2006

U.S. ATTORNEY'S OFFICE

By _____
Andrew M. Scoble
Attorneys for Plaintiff
United States of America

IT IS SO ORDERED.

Dated: December 13, 2006

_____
Chief Magistrate Judge James Larson

2

STIPULATION & [PROPOSED] ORDER TO POSTPONE BAIL HEARING