1  JOHN H. HEMANN, State Bar No. 165823
   LISA TENORIO-KUTZEY, State Bar No. 205955
2  JESSICA L. SCHEPPMANN, State Bar No. 239526
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Defendant
6  KITTY YEE LI

7

**RECEIVED**

DEC 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8　　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10　　　　　　　　　　　SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA,<br>13　　　　　Plaintiff,<br>14  vs.<br>15  VINCE MING WAN, ALEX WAI SHING<br>    FONG, PHUNG VAN NGUYEN, KITTY<br>16  YEE LI, JAY YUAN, MICHAEL YUK<br>    LAM LEUNG, and EDWIN GORDON<br>17  TOY,<br>18　　　　　Defendants. | Case No. CR 06-0426 SI<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO WAIVE APPEARANCE BY DEFENDANT** |

19

20　　　　WHEREAS, the United State's Attorney's Office of the Northern District of California

21  conferred with counsel for Kitty Yee Li ("Parties") on December 12, 2006 in the above entitled

22  matter;

23　　　　WHEREAS, the Parties agreed to waive the personal appearance by Kitty Yee Li at the

24  December 15, 2006 status hearing before the Honorable Judge Susan Illston to accommodate Ms.

25  Li's work schedule; and

26　　\\

27　　\\

28　　\\

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

　　　　　　　　　　　　　　　　　　　JOINT STIPULATION & [PROPOSED]
　　　　　　　　　　　　　　　　　　　ORDER TO WAIVE APPEARANCE BY
　　　　　　　　　　　　　　　　　　　DEFENDANT (CR 06-0426)

1  THEREFORE and HEREBY the Parties STIPULATE to WAIVE Kitty Yee Li's
2  appearance at the December 15, 2006 status conference before Honorable Judge Susan Illston.
3  IT IS SO STIPULATED:
4
5  Dated: December 20, 2006                MORGAN, LEWIS & BOCKIUS LLP
6
7                                          By _____
                                                JOHN H. HEMANN
8                                               LISA TENORIO-KUTZKEY
                                                Attorneys for Defendant
9                                               KITTY YEE LI
10
11 Dated: December 21, 2006                U.S. ATTORNEY'S OFFICE
12
13                                         By _____
                                                ANDREW M. SCOBLE
14                                              Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA
15
16
17 IT IS SO ORDERED.
18
   Dated: 1/4/06
19                                         _____
                                                JUDGE SUSAN ILLSTON
20

MORGAN, LEWIS &                  2          JOINT STIPULATION & [PROPOSED]
BOCKIUS LLP                                 ORDER TO WAIVE APPEARANCE BY
ATTORNEYS AT LAW                            DEFENDANT (CR 06-0426)
SAN FRANCISCO