```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  ANDREW M. SCOBLE (CSBN 124940)
    ALEXIS HUNTER (NYSBN 3939824)
 5  Assistant United States Attorneys

 6      450 Golden Gate Ave.
        San Francisco, California  94102
 7      Telephone:  (415) 436-7249
        Fax:  (415) 436-7234
 8      E-Mail:   andrew.scoble@usdoj.gov
                  alexis.hunter@usdoj.gov
 9
    Attorneys for Plaintiff
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06-0426 SI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING BAIL REVIEW |
| v. ) | APPEARANCE FOR DEFENDANT |
| ) | KITTY LI |
| VINCE MING WAN, ) | |
|    a/k/a Nelson Wan, ) | |
|    a/k/a Phillip Hoang, ) | |
| ALEX WAI SHING FONG, ) | |
| PHUNG VAN NGUYEN, ) | |
| KITTY YEE LI, ) | |
| JAY YUAN, ) | |
| MICHAEL YUK LAM LEUNG, and ) | |
| EDWIN GORDON TOY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through undersigned counsel, that the bail review hearing for defendant Kitty Li should be continued to March 29, 2007 at 11:00 a.m. before United States Magistrate Judge James

STIPULATION AND ORDER
[CR 06-0426 SI]

1  Larson. The reason for the parties' request to continue the bail review hearing is that they
2  are still exploring issues bearing on the availability and timing of posting of assets as
3  security for the defendant's bail.

6  DATED: March 5, 2007                    SCOTT N. SCHOOLS
                                           United States Attorney

9                                                 /S/
                                           ANDREW M. SCOBLE
10                                         ALEXIS HUNTER
                                           Assistant United States Attorneys

13 DATED: March 5, 2007                           /S/
                                           JOHN H. HEMANN
14                                         LISA TENORIO-KUTZKEY
                                           Counsel for Kitty Li

18                                      ORDER

19      Based upon the above Stipulation, and for good cause appearing, IT IS HEREBY
20 ORDERED THAT the bail review hearing for defendant Kitty Li shall be held on March
21 29, 2007 at 11:00 a.m.

23 DATED:
                                           _____
24                                         HON.                          ON
                                           United States Magistrate Judge

*IT IS SO ORDERED* — Judge James Larson

STIPULATION AND ORDER
[CR 06-0426 SI]                            2