JOHN H. HEMANN, State Bar No. 165823
LISA TENORIO-KUTZKEY, State Bar No. 205955
DAVID W. SCOPP, State Bar No. 245363
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
KITTY YEE LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No.: CR 06-0426 |
|---|---|
| Plaintiff, | |
| vs. | |
| VINCE MING WAN, ALEX WAI SHING FONG, PHUNG VAN NGUYEN, KITTY YEE LI, JAY YUAN, MICHAEL YUK LAM LEUNG, and EDWIN GORDON TOY, | JOINT STIPULATION & [PROPOSED] ORDER CONTINUING BAIL REVIEW APPEARANCE FOR DEFENDANT KITTY LI |
| Defendants. | |

WHEREAS, the United States Attorney's Office for the Northern District of California indicted defendant Kitty Yee Li (collectively "Parties") on June 15, 2006;

WHEREAS, the Parties were originally scheduled to appear before the Honorable Magistrate Judge James Larson on March 29, 2007 at 11:00 a.m. for a bail hearing; and

WHEREAS, the Parties agreed on March 27, 2007 to continue the bail hearing before the Honorable Magistrate Judge James Larson to May 17, 2007 at 11:00 a.m.;

///

///

1   THEREFORE and the Parties STIPULATE to CONTINUE the bail hearing date for Kitty
2   Yee Li until May 17, 2007 at 11:00 a.m
3
4   IT IS SO STIPULATED:
5   Dated: March 27, 2007                    MORGAN, LEWIS & BOCKIUS LLP
6
7                                            By _____
                                                 John H. Hemann
8                                                Lisa Tenorio-Kutzkey
                                                 David W. Scopp
9                                                Attorneys for Defendant
                                                 Kitty Yee Li
10
11  Dated: March 27, 2007                    U.S. ATTORNEY'S OFFICE
12
13                                           By _____
14                                               Andrew M. Scoble
                                                 Attorneys for Plaintiff
15                                               United States of America
16  IT IS SO ORDERED.
17
18  Dated: March 28, 2007                    _____
                                             Judge James Larson
19
20
...
28
    1-SF/7522745.1                          2
    STIPULATION & [PROPOSED] ORDER TO POSTPONE BAIL HEARING