JOHN H. HEMANN, State Bar No. 165823
LISA TENORIO-KUTZKEY, State Bar No. 205955
JESSICA L. SCHEPPMANN, State Bar No. 239526
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
KITTY YEE LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCE MING WAN, ALEX WAI SHING FONG, PHUNG VAN NGUYEN, KITTY YEE LI, JAY YUAN, MICHAEL YUK LAM LEUNG, and EDWIN GORDON TOY,<br><br>Defendants. | NO.: CR 06-0426<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO VACATE HEARING FOR DEFENDANT KITTY LI** |

WHEREAS, The Grand Jury indicted Defendant Kitty Yee Li on June 15, 2006;

WHEREAS, the Parties were originally scheduled to appear before the Honorable Magistrate Judge James Larson on May 17, 2007 at 11:00 a.m. for a bail hearing;

WHEREAS, Defendant Kitty Li has been fully compliant with the terms of her pretrial release; and

WHEREAS, the Parties agreed on May 16, 2007 to VACATE the bail hearing.

///

///

THEREFORE the Parties STIPULATE to VACATE the bail hearing.

**IT IS SO STIPULATED.**

| Dated: May 16, 2007 | MORGAN, LEWIS & BOCKIUS LLP |

By    /s/ Jessica L. Scheppmann
John H. Hemann
Lisa Tenorio-Kutzkey
Jessica L. Scheppmann, SBN #239526
Attorneys for Defendant
Kitty Yee Li

Dated: May 16, 2007        U.S. ATTORNEY'S OFFICE

By    /s/ Andrew M. Scoble
Andrew M. Scoble
Attorneys for Plaintiff
United States of America

**IT IS SO ORDERED**.

Dated: May 16, 2007

Chief Magistrate Judge James Larson

IT IS SO ORDERED
Judge James Larson

5/16/2007

1-SF/7550510.1

2

STIPULATION & [PROPOSED] ORDER TO VACATE BAIL HEARING