Case 3:06-cr-00426-SI Document 741 Filed 01/26/2009 Page 1 of 2
Case 3:06-cr-00426-SI Document 734-1 Filed 01/26/2009 Page 2 of 2

JAN-26-2009 08:43 From:US ATTORNEY        4154366982            To:Morgan Lewis         P.2/3

JOHN H. HEMANN, SBN 165823
COURTNEY L. LANDIS, SBN 238503
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
E-mail: clandis@morganlewis.com

Attorneys for Defendant
KITTY YEE LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No. CR-06-0426 SI |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT KITTY YEE LI ACCESS TO PHOTOCOPIES OF PERSONAL DOCUMENTS AND PAPERWORK HELD IN CUSTODY** |
| vs. | |
| Kitty Yee Li, et al., | |
| Defendants. | |

The parties hereby stipulate and agree that Defendant Kitty Yee Li should be allowed access to photocopies of two different documents currently being held in custody by the United States Government pursuant to this case. The parties stipulate that Ms. Li should be granted access to copies of: (1) the picture page of her expired passport and (2) any document stating her date of entry into the U.S. The parties agree that, upon the Court's approval, the photocopies should be made by the Clerk of the Court and provided to counsel, Courtney Landis of Morgan, Lewis & Bockius. The parties will coordinate to ensure the requested documents are provided to Ms. Li.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20947882.1

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANT KITTY YEE LI ACCESS TO PHOTOCOPIES OF
PERSONAL DOCUMENTS AND PAPERWORK HELD IN CUSTODY

1  IT IS SO STIPULATED:
2
3
4  Dated: January 22, 2009             MORGAN, LEWIS & BOCKIUS LLP
5
6                                      By _____
7                                         Courtney L. Landis
                                          Attorneys for Defendant
8                                         Kitty Yee Li
9
10 Dated: January 26, 2009             U.S. ATTORNEY'S OFFICE
11
12                                     By _____
13                                        Nicole Kim
                                          Attorneys for Plaintiff
14                                        UNITED STATES OF AMERICA
15
16 PURSUANT TO THIS STIPULATION, IT IS
   SO ORDERED.
17
18 Dated:    1/26/09                   _____
19                                     JUDGE SUSAN ILLSTON
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
 BOCKIUS LLP
 ATTORNEYS AT LAW

DB2/20947882.1                    2    JOINT STIPULATION AND [PROPOSED] ORDER GRANTING
                                       DEFENDANT KITTY YEE LI ACCESS TO PHOTOCOPIES OF
                                       PERSONAL DOCUMENTS AND PAPERWORK HELD IN CUSTODY