JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail:    nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> KITTY LI, ) <br> ) <br>    Defendant. ) <br> _____ ) | No.:  CR 06-0426 SI <br><br> STIPULATION CONTINUING SENTENCING HEARING; AND [PROPOSED] ORDER |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the sentencing in the above-referenced matter, set for May 7, 2010 at 11:00 a.m., may – with the Court's concurrence –  be continued to June 17, 2010 at 4:00 p.m.  The reason for this continuance is that Probation needs additional time to complete the draft pre-sentence report in this matter.  Counsel for the Government and the defendant do not object to this continuance.

Dated: April 28, 2010            JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                 /s/
                                 _____
                                 NICOLE M. KIM
                                 Assistant United States Attorney

_____          /s/
Dated: April 28, 2010            _____
                                 MICHAEL MONAGLE
                                 Attorney for Defendant

## [PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in this matter is continued to June 17, 2010 at 4:00 p.m.

Dated: _____, 2010      _____
                                 HON. SUSAN ILLSTON
                                 United States District Judge

STIPULATION; ORDER

2